IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60356
USDC No. 2:96-CR-012-S
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

QUARTET WILLIAMS,

                                        Defendant-Appellant.

---------------------

Appeal from the United States District Court
for the Northern District of Mississippi
(2:96-CR-012-S)

---------------------
February 11, 1998

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Quartet Williams has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967),
and we have independently reviewed the brief and record and found
no nonfrivolous issue.  Accordingly, the motion to withdraw is
GRANTED, and the APPEAL IS DISMISSED.

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.